DERRICK CHAIRS

VERSUS

STATE OF LOUISIANA

NO. 23-KH-386

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

August 09, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** DERRICK CHAIRS

**APPLYING FO**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 19-1574; 19-3319

Panel composed of Judges Jude G. Gravois,
Robert A. Chaisson, and Cornelius E. Regan, Pro Tempore

## WRIT OF MANDAMAUS GRANTED WITH INSTRUCTIONS

In his *pro se* writ application, relator, Derrick Chairs, seeks mandamus relief to compel the district court to rule on his Motion to Correct an Illegal Multiple Bill Sentence that he filed on May 18, 2023.  On June 1, 2023, the trial court issued an order indicating that it required a copy of relator's multiple offender plea colloquy and sentencing that occurred on January 5, 2022, in order to evaluate the merits of relator's motion.  Therefore, the trial court ordered the court reporter to provide a copy of the transcript.   According to the official record, a copy of the January 5, 2022 transcript was filed into the district court record on June 7, 2023.

Accordingly, we grant relator's request for mandamus relief and direct the district court to rule on relator's Motion to Correct an Illegal Multiple Bill

Sentence, if it has not already done so, within thirty days from the date of this disposition and to furnish relator and this Court with a copy of the ruling.

Gretna, Louisiana, this 9th day of August, 2023.

**CER**
**JGG**
**RAC**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/09/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**23-KH-386**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Derrick K. Chairs #292403 (Relator)
Bossier Detention Center
2985 Old Plain Dealing Road
Plain Dealing, LA 71064